606 A.2d 897

**COMMONWEALTH of Pennsylvania**

v.

**Derrick GIBSON, Appellant.**

Supreme Court of Pennsylvania.

Argued April 10, 1992.

Decided May 14, 1992.

John W. Packel Chief, Appeals Div., Helen Marino, Philadelphia, for appellant.

Ronald Eisenberg, Deputy Dist. Atty., Catherine Marshall, Chief, Appeals Div., Laurie Magid, Philadelphia, for appellee.

Before FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., and LARSEN, J., did not participate in the consideration or decision of this case.